This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DANA HOWSE,**

Plaintiff-Appellant/Cross-Appellee,

**vs.**                                                      **NO. 31,772**

**ROSWELL INDEPENDENT SCHOOL DISTRICT,**

Defendant-Appellee,

**and**

**COMMUNICATIONS WORKERS OF AMERICAN, AFL-CIO,**

Defendant-Appellee/Cross Appellant.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Freddie J. Romero, District Judge**

Martin, Dugan & Martin
Wilfred T. Martin, Jr.
Carlsbad, NM

for Appellant

French & Associates, P.C.
Stephen G. French
Albuquerque, NM

for Appellee

**MEMORANDUM OPINION**

**GARCIA, Judge.**

Plaintiff appeals a judgment finding that the school district did not breach the Collective Bargaining Agreement. We proposed to affirm the judgment. The school district has responded with a memorandum in support of our proposal. Plaintiff has filed no response. Therefore, for the reasons stated in the notice of proposed disposition, we affirm the judgment.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**MICHAEL D. BUSTAMANTE, Judge**